**ORIGINAL**

**MEMORANDUM ENDORSED**
**JUDGE STANTON**

**07 CIV 8172**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSE AMOUGOU NGASSAM

Plaintiff,

v.

MICHAEL CHERTOFF,
Secretary of Department of Homeland
Security; EMILIO GONZALEZ,
Director of United States Citizenship &
Immigration Services, F. GERARD
HEINAUER, Director of the Nebraska
Service Center of United States
Citizenship & Immigration Services

Defendants.

Case No: _____ Civ. _____ (___)

ORDER TO SHOW CAUSE
FOR PRELIMINARY INJUNCTION

*This application is denied without prejudice, and the complaint is dismissed without prejudice, for lack of jurisdiction. See Goxhabeti v. ~~that~~ Way, 393 F. Supp. 2d 266 (SDNY 2005).*

*So Ordered.  Louis L. Stanton*
*9/19/07*

Upon the affidavit of Plaintiff Rose Amougou Ngassam, sworn to the day of September 17, 2007, the Certification of Jenny-Brooke Condon, Esq. sworn to the day of September 17, 2007, the Affidavit of Sara Kahn, M.S.W., sworn to the day of August 22, 2007, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, _____, _____ at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure. ordering that the Plaintiff's children are eligible

1

for Asylee Relative Status under 8 C.F.R. § 208.21, and ordering Defendants to grant Plaintiff's I-730 asylee-relative petitions.

ORDERED that personal service of a copy of this order and annexed affidavit upon the Defendants or their counsel on or before _____ o'clock in the noon, _____, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _____

_____
United States District Judge