# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROSE AMOUGOU NGASSAM** : | Case No: 07 Civ. 8172 (LLS) |
| **Plaintiff,** : | |
| v. : | **NOTICE OF MOTION FOR** |
| : | **RECONSIDERATION/REARGUMENT** |
| **MICHAEL CHERTOFF,** : | |
| **Secretary of Department of Homeland** : | |
| **Security; EMILIO GONZALEZ,** : | |
| **Director of United States Citizenship &** : | |
| **Immigration Services, F. GERARD** : | |
| **HEINAUER, Director of the Nebraska** : | |
| **Service Center of United States** : | |
| **Citizenship & Immigration Services** : | |
| **Defendants.** : | |

**PLEASE TAKE NOTICE** that on the _____ day of October 2007, at _____ a.m. or as soon thereafter as counsel may be heard, attorneys for Plaintiff, shall move, before the Honorable Louis L. Stanton, U.S.D.J., United States Courthouse, Room 21C, 500 Pearl Street, New York, New York, 10007, for the entry of an Order in the form submitted herewith, granting reconsideration of the Court's September 19, 2007 sua sponte dismissal of Plaintiff's complaint for lack of subject matter jurisdiction and denial of Plaintiff's Order to Show Cause for Preliminary Injunction, and reinstating Plaintiff's Complaint and Order to Show Cause.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff shall rely upon this Notice of Motion and a Memorandum of Law in Support of Plaintiff's Motion to Reconsider.

**PLEASE TAKE FURTHER NOTICE** that counsel for Plaintiffs hereby requests oral argument.

Respectfully Submitted,

/s/

SETON HALL UNIVERSITY SCHOOL OF LAW
CENTER FOR SOCIAL JUSTICE
Attorney for Plaintiff
By:  Bryan Lonegan Esq.
Jenny-Brooke Condon, Esq.
Jisun Chang, Student Intern
Gal Davidovitch, Student Intern