# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROSE AMOUGOU NGASSAM** | Case No: 07 Civ. 8172 (LLS) |
| Plaintiff, | |
| v. | **ORDER FOR RECONSIDERATION/REARGUMENT** |
| **MICHAEL CHERTOFF,** Secretary of Department of Homeland Security; **EMILIO GONZALEZ,** Director of United States Citizenship & Immigration Services, **F. GERARD HEINAUER,** Director of the Nebraska Service Center of United States Citizenship & Immigration Services | |
| Defendants. | |

**THIS MATTER** having come before the Court by application of the Plaintiff, for an order reinstating Plaintiff's Complaint and Order to Show Cause for a Preliminary Injunction Is Hereby Granted.

**The Court Having FOUND that**

Subject matter jurisdiction exist over this action pursuant to 28 U.S.C. § 1361, (the Mandamus Act) and over 5 U.S.C. § § 701 *et seq.* (Administrative Procedure Act) on account 28 U.S.C. § 1331 (federal question jurisdiction);

**It is hereby ORDERED that:**

1) The Court's September 19, 2007 Order of Dismissal is Reversed

2) Plaintiff's Complaint and Order to Show Cause for Preliminary Injunction are reinstated;

3) Plaintiff's Order to Show Cause is Granted, such that Defendants are ordered to show cause on the ___day of October, 2007 why a Preliminary Injunction should not be granted ordering the Defendants to comply with all regulations governing eligibility for and adjudication of asylee-relative petitions.

4) Grant Plaintiff all further and such relief as this court deems just, proper and equitable;

5) A copy of this order shall be served upon all counsel within _____ days of receipt by Plaintiff.

_____                              _____
Date                                                                                  U.S.D.J.