**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

ROSE AMOUGOU NGASSAM

                Plaintiff,      07 Civ. 8172 (LLS)

   - against -                       ORDER

MICHAEL CHERTOFF, Secretary of
Department of Homeland Security;
EMILIO GONZALEZ, Director of United
States Citizenship & Immigration
Services; F. GERARD HEINAUER, Director
of the Nebraska Service Center of
United States Citizenship &
Immigration Services

                Defendants.
- - - - - - - - - - - - - - - - - - -x

      Plaintiff shall serve her October 3, 2007 Motion for Reconsideration, its supporting documents, and the underlying Motion for a Preliminary Injunction and its supporting documents on the defendants in accordance with Fed. R. Civ. P. 4(i).

      Defendants shall have thirty days thereafter to respond.

      So ordered.

Dated:   New York, New York
          October 9, 2007

                                      *Louis L. Stanton*
                                      LOUIS L. STANTON
                                         U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07