# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____
:
:
**ROSE AMOUGOU NGASSAM**         :        **Case No: 07 Civ. 8172 (LLS)**
:
        **Plaintiff,**              :
:
:
:
**v.**                            :        **ORDER**
:
:
**MICHAEL CHERTOFF,**             :
**Secretary of Department of Homeland** :
**Security; EMILIO GONZALEZ,**    :
**Director of United States Citizenship &** :
**Immigration Services, F. GERARD** :
**HEINAUER, Director of the Nebraska** :
**Service Center of United States** :
**Citizenship & Immigration Services** :
:
:
        **Defendants.**           :
_____

**THIS MATTER** having come before the Court by application of the plaintiff, for a preliminary

injunction and permanent injunctive relief compelling the named government agencies to comply

with all federal regulations governing the issuance of I-730 asylee-relative petitions, and

accordingly, to grant the asylee-relative petitions by Plaintiff, on behalf of her seven children,

Is hereby Granted.

**The Court Having FOUND that**

Plaintiff's children are eligible for Asylee Relative Status under 8 C.F.R. § 208.21, and that

the named government agencies unlawfully withheld and unreasonably delayed Plaintiff's

reunification with her children in violation of § 706 (1) of the Administrative Procedures Act,

**It is hereby DECLARED that**

That Defendants' actions violated the Fifth Amendment to the United States Constitution, the

Immigration and Nationality Act, regulations enacted thereunder, and the Administrative

Procedures Act;

And it is hereby **ORDERED** that:

1. The agency's decision is set aside

2. Plaintiff's asylee-relative petitions are granted;

3. Defendants facilitate the expeditious visa processing of all of the children's visas and

    Plaintiff's prompt reunification with all six of her children who remain in Cameroon.

4. Defendants pay counsel fees and costs to Plaintiff;

5. The Court retains jurisdiction of this case and the parties for review purpose;

6. A copy of this order shall be served upon all counsel within _____ days of receipt by

    Plaintiff.


_____                    _____

Date                                              Hon. Louis L. Stanton, U.S.D.J.