| Exhibit 1 | Order from Newark Asylum Office Granting Asylum for Rose |
|---|---|
| Exhibit 2 | Affidavit of Rose Ngassam, Submitted in Support of Asylum Application |
| Exhibit 3 | Affidavit of Rose Ngassam, Submitted in Support of Order to Show Cause for Preliminary Injunction |
| Exhibit 4 | Affidavit of Jenny-Brooke Condon, Esq. in Support of Order to Show Cause for Preliminary Injunction |
| Exhibit 5 | Affidavit of Sara Kahn, M.S.W., Psychological Evaluation of Rose Ngassam |
| Exhibit 6 | Letter from Plaintiff's Counsel, April 4, 2005 |
| Exhibit 7 | I-797 Notice of Approvals |
| Exhibit 8 | Email from Pauline N. Borderies, November 18, 2005 |
| Exhibit 9 | USCIS Electronic Case Status Information, June 06, 2006 |
| Exhibit 10 | Supplemental Affidavit of Rose Ngassam Submitted to USCIS for the first time on January 19, 2006 |
| Exhibit 11 | Letter from Jenny-Brooke Condon, Esq., November 18, 2005. |
| Exhibit 12 | Letter from Susan Hallander & Lori Nessel, Esq., February 1, 2006 |
| Exhibit 13 | Letter from Susan Hallander, Legal Intern, March 2, 2006 |
| Exhibit 14 | Letter from Susan Hallander, Legal Intern, April 25, 2006 |
| Exhibit 15 | Letter from Gregory W. Christian, Acting Director NSC, May 2, 2006 |
| Exhibit 16 | Email from Pauline Borderies, U.S. Embassy in Cameroon, May 16, 2006 |
| Exhibit 17 | Electronic Case Status Update, June 16, 2006 |
| Exhibit 18 | Letter from Jenny-Brooke Condon, Esq., June 12, 2006 |
| Exhibit 19 | Letter from Legal Interns Jeremy Farrell and Lyndsay Speece, October 25, 2006 |
| Exhibit 20 | Letter from ELgal Interns Lauren Yassine and Phillippe Dehaene, February 5, 2007 |
| Exhibit 21 | Exhibit 21, Notice of Intent to Deny |
| Exhibit 22 | Letter from Legal Interns Lauren Yassine and Philippe Dehaene, February 16, 2007 |
| Exhibit 23 | Decision, dated April 30, 2007 |
| Exhibit 24 | Medical Records of Yannou Robertine and Biakop Duclo. |
| Exhibit 25 | Death Certificate of Jean Mangwa |
| Exhibit 26 | Birth Certificates of R. Ngassam's children. |