# EXHIBIT 25



REPUBLIQUE DU CAMEROUN
REPUBLIC OF CAMEROON
Paix — Travail — Patrie
Peace — Work — Fatherland

MINISTERE DES FINANCES ET DU BUDGET
MINISTRY OF FINANCE AND BUDGET

MINISTERE DE LA SANTE PUBLIQUE
MINISTRY OF PUBLIC HEALTH

**CERTIFICAT MEDICO-LEGAL**
**MEDICO-LEGAL CERTIFICATE** N° 0715063

**RAB - 1.800 F CFA**

En application des lois et règlements en vigueur,
In application of the laws and regulations in force,

Je soussigné / I the undersigned: DR TAKAM J M, MEDECIN GENERALISTE, HOPITAL LAQUINTINIE, DOUALA

Docteur en médecine en service à / Medical officer working in

Certifie / Certify: Avoir reçu et examiné physiquement une jeune femme appelée Yannou Robertine qui aurait été agressée dans la nuit du 19 au 20/08/07 par un groupe de 2 individus. La patiente déclare avoir été forcée à faire des rapports sexuels par les agresseurs, l'EG conservé, mais on note une certaine asthénie physique -

INCAPACITE : / INCAPACITY

En foi de quoi le présent certificat médico-légal a été délivré pour servir et valoir ce que de droit
In witness whereof this medico-legal certificate has been issued to serve where and when necessary.

A / At Douala, le / the 29/08/07 -

DR TAKAM J M
MEDECIN GENERALISTE
HOPITAL LAQUINTINIE
DOUALA

Le Praticien
(Doctor)

REPUBLIC OF CAMEROON

| MINISTRY OF FIANCE AND BUDGE | (seal of the ministry of public health) | MINISTRY OF PUBLIC HEALTH |
|---|---|---|
| MEDICO-LEGAL CERTIFICATE | No. 0715063 | RAB – 1.800 F CFA |
| | In application of the laws and regulations in force. | |

I the undersigned Dr. Takam JM – General Medicine – Laquintine Hospital, Douala (stamp)

Certify: (handwritten) Having received and physically examined a young woman named Yannou Robertine who had been attacked the night of August 19-20, 2007, by a group of 3 individuals. The patient declares having been forced by the aggressors to perform sexual acts. The EG [illegible], but we note a certain physical [illegible].

At Douala, August 29, 2007

(stamped and signed by the doctor)

**CERTIFICATION OF TRANSLATION**

I, Michael McGhee, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: 9/10/2007

Translator Signature

REPUBLIQUE DU CAMEROUN
REPUBLIC OF CAMEROON
Paix — Travail — Patrie
Peace — Work — Fatherland

MINISTERE DES FINANCES ET DU BUDGET
MINISTRY OF FINANCE AND BUDGET

MINISTERE DE LA SANTE PUBLIQUE
MINISTRY OF PUBLIC HEALTH

# CERTIFICAT MEDICO-LEGAL
# MEDICO-LEGAL CERTIFICATE

N° B 715064

**RAB - 1.800 F CFA**

En application des lois et règlements en vigueur,
In application of the laws and regulations in force.

Je soussigné / I the undersigned: DR TAKAM J M, MEDECIN GENERALISTE, HOPITAL LAQUINTINIE, DOUALA

Docteur en médecine en service à / Medical officer working in

Certifie / Certify: Avoir reçu et examiné physiquement un jeune homme appelé Biakop Duclo Romuald qui aurait été agressé la nuit du 19 au 20/08/07 à domicile par un gpe de 3 individus.

INCAPACITE / INCAPACITY: on note quelques éraflures aux poignets et aux avant-bras.

En foi de quoi le présent certificat médico-légal a été délivré pour servir et valoir ce que de droit.

In witness whereof this medico-legal certificate has been issued to serve where and when necessary.

A / At Douala, le / the 29/08/07

DR TAKAM J M
MEDECIN GENERALISTE
HOPITAL LAQUINTINIE
DOUALA

Le Praticien
(Doctor)

REPUBLIC OF CAMEROON

**MINISTRY OF FIANCE AND BUDGE**

**MINISTRY OF PUBLIC HEALTH**

(seal of the ministry of public health)

**MEDICO-LEGAL CERTIFICATE**

**No. 0715064**

**RAB – 1.800 F CFA**

In application of the laws and regulations in force.

I the undersigned Dr. Takam JM – General Medicine – Laquintine Hospital, Douala (stamp)

Certify: (handwritten) Having received and physically examined a young man named Biakop Duclo Romuald who had been attacked the night of August 19-20, 2007 at home by a group of three individuals. We note a few scrapes on his wrists and forearms.

At Douala, August 29, 2007

(stamped and signed by the doctor)

# CERTIFICATION OF TRANSLATION

I, Michael McGhee, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: 9/10/2007

Translator Signature

# EXHIBIT 26

DEPARTEMENT / DIVISION Wouri

REPUBLIC OF CAMEROON

ARRONDISSEMENT / SUBDIVISION Douala IV

COPIE / COPY

CENTRE D'ETAT CIVIL
CIVIL STATUS REGISTRATION CENTRE

de / of New-Bell - Douala

# ACTE DE NAISSANCE
## BIRTH CERTIFICATE

N° 69/85 B

Nom de l'enfant / Name of the child: Kamwa Achille Martial

Le / On the: Premier janvier mil neuf cent quatre vingt cinq

Est né (e) à / Was born at: Douala

Nom de l'enfant / Name of the Child: Kamwa Achille Martial

De sexe / Sex: Masculin

De / Of: Tchatchoua Richard

Né à / Born at: Bangangte

Le / On the: Vers 1951

Domicilié à / Resident at: Douala

Profession / Occupation: Patissier

Et de / And of: Ngassam Rose

Née à / Born at: Douala

Le / On the: 25 janvier 1962

Domiciliée à / Resident at: Douala

Profession / Occupation: Ménagère

Dressé le / Drawn up on the: Vingt deux janvier mil neuf cent quatre vingt cinq

Sur la déclaration de / In accordance with the oath declaration of: Naissance n° 42 de la Polyclinique de Douala

Lesquels ont certifié la sincérité de la présente déclaration
Who attested to the truth of this declaration.

Par nous / By us: Edouard Nine, officier de l'état civil du centre spécial New-Bell Quartier de l'Etat ...

Assisté de / Assisted of

Le Déclarant

Copie Certifiée Conforme à l'Original Présentée et Rendue par nos Soins

Signature de l'Officier de l'Etat civil / Signature of the Civil Status Registrar

DEC 2005

Timbre Fiscal / Fiscal Stamp 1000 Francs
Republique du Cameroun / Republic of Cameroon

Mme Soppo Foute Marlyse
1er ADJOINT AU MAIRE DOUALA IIe

# [Kamwa Achille Martial Birth Certificate Translation]

Province – Province ?
Republique de Cameroun – Republic of Cameroon
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – of Bell –Douale
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Kamwa Achille Martial
Le – on the first of January 1985
Est ne a – was born in Douala
Nom de l'enfant – Kamwa Achille Martial
De sexe – sex boy
De – of Tchatchoua Richard
Ne a – born at Bangengle
Le – around (vers) 1951
Domicilie a – Resident of Douala
Profession – Occupation pastrycook (patissier)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the January 22, 1985
Sur la declaration de – On the declaration of (naissance n 42 de la polyclinique de Douala) birth number 42 of the general private hospital of Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have testified the truth of this declaration
Par nous – by us Edouard ?, Registrar (officier de l'Etat-Civil) of the Special Center of ? (Centre Special de ?)
Assiste de – assisted by the Order of the Value (l'ordre de la valeur)
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

# CERTIFICATION OF TRANSLATION

I, KOURTNEY KNOP, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: Jan 31 06

Translator Signature

DEPARTEMENT
DIVISION
Wouri

REPUBLIC OF CAMEROON
Peace - Work - Fatherland

ARRONDISSEMENT
SUBDIVISION
Douala

COPIE
COPY

CENTRE D'ETAT CIVIL
*CIVIL STATUS REGISTRATION CENTRE*

de / *of* New - Bell - Douala

# ACTE DE NAISSANCE

*BIRTH CERTIFICATE*

N° 68/85B

Nom de l'enfant / *Name of the child*: Yannou Robertine

Le / *On the*: premier janvier mil neuf cent quatre vingt cinq

Est né (e) à / *Was born at*: Douala

Nom de l'enfant / *Name of the Child*: Yannou Robertine

De sexe / *Sex*: Féminin

De / *Of*: Tchatchoua Richard

Né à / *Born at*: Bangangté

Le / *On the*: vers 1951

Domicilié à / *Resident at*: Douala

Profession / *Occupation*: Patissier

Et de / *And of*: Ngassam Rose

Née à / *Born at*: Douala

Le / *On the*: 25 janvier 1962

Domiciliée à / *Resident at*: Douala

Profession / *Occupation*: Ménagère

Dressé le / *Drawn up on the*: vingt deux janvier mil neuf cent quatre vingt cinq

Sur la déclaration de / *In accordance with the truth declaration of*: naissance no 41 de la Polyclinique de Douala

Lesquels ont certifié la sincérité de la présente déclaration.
*Who attested to the truth of this declaration*

Par nous / *By us*: Edouard Nuré, officier de l'Etat Civil du centre spécial de New Bell, Chevalier de l'ordre de la Valeur

Assisté de / *Assisted of*

Le Déclarant / *The Declarant*

Signature de l'Officier de l'Etat civil / *Signature of Registrar*

Pour Copie Certifiée Conforme à l'Original sur nos soins
New-Bell le 21 DEC 2005

REPUBLIQUE DU CAMEROUN
200 FRANCS
AL 09... 
REPUBLIC OF CAMEROON

REPUBLIQUE DU CAMEROUN
1000
TIMBRE FISCAL
FISCAL STAMP
1000 FRANCS
AL 003051 8
REPUBLIC OF CAMEROON

COMMUNE URBAINE DE DOUALA III
LE MAIRE

Mme Sappo Epate Marlyse
1er ADJOINT AU MAIRE DOUALA III

# [Yannou Robertine Birth Certificate Translation]

Arrondissement – District
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – of Bell –Douala
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Yannou Robertine
Le – on the first of January 1985
Est ne a – was born in Douala
De sexe – sex female
De – of Tchatchoua Richard
Ne a – born at Bangengle
Le – around (vers) 1951
Domicilie a – Resident of Douala
Profession – Occupation pastrycook (patissier)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the January 22, 1985
Sur la declaration de – On the declaration of (de la polyclinique de Douala) the general private hospital of Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have testified the truth of this declaration
Par nous – by us Edouard ?, Registrar (officier de l'Etat-Civil) of the Special Center of ? (Centre Special de ?)
Assiste de – assisted by the Order of the Value (l'ordre de la valeur)
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

# CERTIFICATION OF TRANSLATION

I, KOURTNEY KNOP, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: Jan 31 06

Translator Signature

PROVINCE
Littoral

DEPARTEMENT
DIVISION
Wouri

ARRONDISSEMENT
SUB DIVISION
Douala IV

REPUBLIQUE DU CAMEROUN
Paix – Travail – Patrie
REPUBLIC OF CAMEROON
Peace – Work – Fatherland

COPIE – COPY

CENTRE D'ETAT CIVIL
*CIVIL STATUS REGISTRATION CENTRE*

De / Of: Ndobo Bonendale Douala

**ACTE DE NAISSANCE N° 10/90 C**
*BIRTH CERTIFICATE*

**Nom de l'Enfant** / *Name of the child*: Wungeu Junior

**Le** / *On the*: six avril mil neuf cent quatre vingt dix

**Est né à** / *Was born at*: Douala

**Nom de l'enfant** / *Name of the child*: Wungeu Junior

**De sexe** – *Sex*: Masculin

**De** – *Of*: Amougou Pierre

**Né à** / *Born at*: Binyangele Goulmakong

**Le** / *the*: 1967

**Domicilié** / *Resident at*: Douala

**Profession** / *Occupation*: Gendarme

**Et de** / *And of*: Ngassam Rose

**Né(e) à** / *Born at*: Douala

**Le** – *on the*: 25 Janvier 1962

**Domiciliée à** / *Resident at*: Douala

**Profession** / *Occupation*: Ménagère

**Dressé le** / *Drawnup on the*: cinq Mai mil neuf cent quatre vingt dix

**Sur la déclaration de** / *In accordance with the declaration of*: Naissance no 107/90 du centre médical les Savanes de Douala

Lesquels ont certifié la sincérité de la présente déclaration
*Who attesd to the truth of this declaration*

**Par nous** / *By us*: Ekane Ndedi Maurice, Officier

Assisté de: l'Etat civil du centre de Bonendale

**Signature de L'Officier d'Etat Civil**
*Signature of Civil Status Registrar*

POUR COPIE CERTIFIEE CONFORME A L'ORIGINALE QUI NOUS A ETE PRESENTE
DOUALA LE 23 DEC 2005

EKANE NDEDI Maurice
Officier d'Etat-Civil

TSVP

[illegible] Pierre, son père naturel suivant article 44 de l'ordonnance no 81/002 du 29 juin 1981 portant organisation de l'Etat civil et diverses dispositions relatives à l'Etat des personnes physiques.

POUR COPIE CERTIFIEE CONFORME A L'ORIGINALE QUI NOUS A ETE PRESENTEE
DOUALA LE 23 DEC. 2005

Bonendale, le 5 Mai 1990

L'Officier de l'Etat Civil

REPUBLIQUE DU CAMEROUN ... ARRONDISSEMENT DE DOUALA ... PROVINCE DU LITTORAL

EKANE NDEDI Maurice
Officier d'Etat-Civil

# [Wimga Junior Birth Certificate Translation]

Province – Province ?
Republique de Cameroun Travail Patrie – Republic of Cameroon Work Fatherland
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – ? Bonnendale Douala
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Wimga Junior
Le – on April 6, 1990 (?)
Est ne a – was born in Douala
Nom de l'enfant – Wimga Junior
De sexe – sex boy
De – of ? Pierre
Ne a – born at ?
Le – in 1961
Domicilie a – Resident of Douala
Profession – Occupation police officer (gendarme)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the May 5, 1990
Sur la declaration de – On the declaration of (naissance n 107/90 du centre medical de H? de Douala) birth number 107/90 of the medical center of ? of Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have testified the truth of this declaration
Par nous – by us Ekane Ndedi Maurice
Assiste de – Registrar of the medical center de ? (officier de l'Etat-Civil du centre medical of ?)
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

Page 2
L'enfant Wimga Junior est reconnu par Monsieur ? Pierre, son pere naturel suivant Article 44 de l'ordonnance n 89/002 du 29 Juin 1981 portant organisations de l'Etat civil et diverses dispositions relatives a l'etat des personnes physiques.
Bonendale, le 5 mai 1990
L'officier de l'Etat civil Ekane Ndedi Maurice

The child named Wimga Junior is recognized by Mr. ? Pierre, his natural father according to Article 44 of ordinance Number 89/002 29 June 1981 supported  by Marital status organizations and various relevant provisions regarding the physical state people.
Bonendale, May 5, 1990
Ekane Ndedi Maurice, the Registrar

# CERTIFICATION OF TRANSLATION

I, Kourtney Knop, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: January 31 06

Translator Signature

DEPARTEMENT
*DIVISION*
Wouri

REPUBLIC OF CAMEROON
Peace - Work - Fahterland

ARRONDISSEMENT
*SUB DIVISION*
Douala

**COPIE - *COPY***

CENTRE D'ETAT CIVIL
*CIVIL STATUS REGISTRATION CENTRE*

De / Of New-Bell - Douala

**ACTE DE NAISSANCE N°** 2361/87
*BIRTH CERTIFICATE*

**Nom de l'Enfant** / *Name of the child*: Teumen Bruce Marius

**Le** / *On the*: Dix Mai mil neuf cent quatre vingt sept

**Est né à** / *Was born at*: Douala - Cameroun

**Nom de l'enfant** / *Name of the child*: Teumen Bruce Marius

**De sexe** – *Sex*: Masculin

**De** – *Of*: Tchatchoua Richard

**Né à** / *Born at*: Bangangté

**Le** / *the*: vers 1951

**Domicilié** / *Resident at*: Douala

**Profession** / *Occupation*: Patissier

**Et de** / *And of*: Ngassam Rose

**Né(e) à** / *Born at*: Douala

**Le** – *on the*: 25 Janvier 1962

**Domiciliée à** / *Resident at*: Douala

**Profession** / *Occupation*: Ménagère

**Dressé le** / *Drawnup on the*: 27 Mai mil neuf cent quatre vingt sept

**Sur la déclaration de** / *In accordance with the declaration of*: naissance n° 52 de la Polyclinique de Douala

Lesquels ont certifié la sincérité de la présente déclaration
*Who attesd to the truth of this declaration.*

**Par nous** / *By us*: Edouard Misse, officier de l'Etat

Assisté de: Cent du Centre Special de New Bell Chevalier de Morelle Sole Secrétaire

**Le Déclarant**

**Signature de L'Officier d'Etat Civil**
*Signature of Civil Status Registrar*

Certified Copy / Conforme à l'Original Prévenu
DEC 2006

REPUBLIQUE DU CAMEROUN 200 FRANCS AL0930020

REPUBLIQUE DU CAMEROUN 2005 TIMBRE FISCAL FISCAL STAMP 1000 FRANCS AU0030519 REPUBLIC OF CAMEROON

Mme Soppo Coute Marlyse
1er ADJOINT AU MAIRE DOUALA IIe

# [Teumen Brice Marius Birth Certificate Translation]

Province – Province ?
Republique de Cameroun Paix Travail Patrie – Republic of Cameroon Peace Work Fatherland
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – ? Bell Douala
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Teumen Brice Marius
Le – on May 10, 1987
Est ne a – was born in Douala ?
Nom de l'enfant – Teumen Brice Marius
De sexe – sex boy
De – of Tchatchoua Richard
Ne a – born at Bangengle
Le – around 1951
Domicilie a – Resident of Douala
Profession – Occupation pastry cook (patissier)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the May 27, 1987
Sur la declaration de – On the declaration of (naissance n 52 du de la polyclinique de Douala) birth number 52 of the general private hospital of Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have testified the truth of this declaration
Par nous – by us Edouard Musse, Registrar (officier de l'Etat-Civil)
Assiste de – assisted by the Order of the Value (civil du special ?, l'ordre de la valeur)
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

# CERTIFICATION OF TRANSLATION

I, Kourtney Knop, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: Jan 31 06

Translator Signature

DEPARTEMENT
DIVISION Wouri

REPUBLIC OF CAMEROON
Work - Fahterland

ARRONDISSEMENT
SUB DIVISION Douala IV

COPIE - COPY

CENTRE D'ETAT CIVIL
*CIVIL STATUS REGISTRATION CENTRE*

De / Of: Ndobo Bonendale Douala

**ACTE DE NAISSANCE N° 09/90**
*BIRTH CERTIFICATE*

**Nom de l'Enfant** / *Name of the child*: Tchaptchep Pegui William
**Le** / *On the*: six avril mil neuf cent quatre vingt dix
**Est né à** / *Was born at*: Douala
**Nom de l'enfant** / *Name of the child*: Tchaptchep Pegui William
**De sexe** – *Sex*: Masculin
**De** – *Of*: Amougou Pierre
**Né à** / *Born at*: Bimgfanyele - Goulmakong
**Le** *the*: 1961
**Domicilié** / *Resident at*: Douala
**Profession** / *Occupation*: Gendarme
**Et de** / *And of*: Ngasam Rose
**Né(e) à** / *Born at*: Douala
**Le** – *on the*: 23 janvier 1962
**Domiciliée à** / *Resident at*: Douala
**Profession** / *Occupation*: Ménagère
**Dressé le** / *Drawnup on the*: cinq Mai mil neuf cent quatre vingt dix
**Sur la déclaration de** / *In accordance with the declaration of*: Naissance No 106/90 du Centre medical des Havanes de Douala

Lesquels ont certifié la sincérité de la présente déclaration.
*Who attesd to the truth of this declaration,*

POUR COPIE CERTIFIEE CONFORME A L'ORIGINALE QUI NOUS A ETE PRESENTE
DOUALA, LE 23 DEC. 2005

**Par nous** / *By us*: Ekane Ndedi Maurice, Officier d'Etat civil du centre de Bonendale
~~Assisté de~~

Le Déclarant

**Signature de L'Officier d'Etat Civil**
*Signature of Civil Status Registrar*

EKANE NDEDI Maurice
Officier d'Etat-Civil

TSVP

Amougou Pierre, son père naturel suivant article 44 de l'ordonnance n° 81/002 du 29 juin 1981 portant organisation de l'Etat-civil et diverses dispositions relatives à l'état des personnes physiques

COPIE CERTIFIEE CONFORME A L'ORIGINALE QUI NOUS A ETE PRESENTE
DOUALA LE 22 DEC. 2005

Bonendalé, le 5 Mai 1990

L'officier d'Etat-civil

REPUBLIQUE DU CAMEROUN
DEPARTEMENT DU WOURI
Centre Spécial d'Etat-Civil de NDOBO
ARRONDISSEMENT DE DOUALA IV
PROVINCE DU LITTORAL

**EKANE NDEDI Maurice**
Officier d'Etat-Civil

# [Tchaptchep Pegui William Birth Certificate Translation]

Province – Province ?
Republique de Cameroun Travail Patrie – Republic of Cameroon Work Fatherland
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – ? Douale
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Tchaptchep Pegui William
Le – on April 6, 1990
Est ne a – was born in Douala
Nom de l'enfant – Tchaptchep Pegui William
De sexe – sex boy
De – of ? Pierre
Ne a – born at ?
Le – in 1961
Domicilie a – Resident of Douala
Profession – Occupation police officer (gendarme)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the May 5, 1990
Sur la declaration de – On the declaration of (naissance n 106/90 du centre medical de H? de Douala) birth number 106/90 of the medical center of ? of Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have testified the truth of this declaration
Par nous – by us Ekane Ndedi Maurice, Registrar of the medical center (officier de l'Etat-Civil du centre medical)
Assiste de –
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

Page 2
L'enfant Fchaptchep Pegui William est reconnu par Monsieur ? Pierre, son pere naturel suivant Article 44 de l'ordonnance n 89/002 du 29 Juin 1981 portant organisations de l'Etat civil et diverses dispositions relatives a l'etat des personnes physiques.
Bonendale, le 5 mai 1990
L'officier de l'Etat civil Ekane Ndedi Maurice

The child named Tchaptchep Pegui William is recognized by Mr. ? Pierre, his natural father according to Article 44 of ordinance Number 89/002 29 June 1981 supported by

Marital status organizations and various relevant provisions regarding the physical state people.

Bonendale, May 5, 1990

Ekane Ndedi Maurice, the Registrar

# CERTIFICATION OF TRANSLATION

I, [handwritten name, illegible], hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: Jan 3 / 06

Translator Signature

DEPARTEMENT
DIVISION
Wouri

REPUBLIC OF CAMEROON
Peace - Work - Fahterland

ARRONDISSEMENT
SUBDIVISION
Douala

COPIE - COPY

CENTRE D'ETAT CIVIL
*CIVIL STATUS REGISTRATION CENTRE*

De / *Of* New - Bell - Douala

**ACTE DE NAISSANCE N° 5941/88**
*BIRTH CERTIFICATE*

Nom de l'Enfant / *Name of the child*: Teumen Jackson Miguel

Le / *On the*: Cinq juin mil neuf cent quatre vingt vingt huit

Est né à / *Was born at*: Douala

Nom de l'enfant / *Name of the child*: Teumen Jackson Miguel

De sexe – *Sex*: Masculin

De – *Of*: Tchatchoua Richard

Né à / *Born at*: Bangangte

Le *the*: Vers 1951

Domicilié / *Resident at*: Douala

Profession / *Occupation*: Patissier

Et de / *And of*: Ngassam Rose

Né(e) à / *Born at*: Douala

Le – *on the*: 25 janvier 1962

Domiciliée à / *Resident at*: Douala

Profession / *Occupation*: Ménagère

Dressé le / *Drawnup on the*: Seize juin mil neuf cent quatre vingt huit

Sur la déclaration de / *In accordance with the declaration of*: naissance n° 71 de la Polyclinique Soppo Priso Douala

Lesquels ont certifié la sincérité de la présente déclaration.
*Who attesd to the truth of this declaration.*

Par nous / *By us*: M. Fampou David Augustin Maire de Douala

~~Assisté de~~ ... Officier de l'état civil

Pour Copie Certifiée Conforme à l'Original Registre

New-Bell le 19 DEC 2005

Le Déclarant

Signature de L'Officier d'Etat Civil
*Signature of Civil Status Registrar*

REPUBLIQUE DU CAMEROUN TIMBRE FISCAL FISCAL STAMP 1000 FRANCS AU 030516 REPUBLIC OF CAMEROON

REPUBLIQUE DU CAMEROUN 200 FRANCS AL 093685 REPUBLIC OF CAMEROON

Mme Soppo Fouts Marlyse
1er ADJOINT AU MAIRE DOUALA IIe

# [Teumen Jackson Miguel Birth Certificate Translation]

Province – Province ?
Republique de Cameroun Paix Travail Patrie – Republic of Cameroon Peace Work Fatherland
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – New Bell Douala
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Teumen Jackson Miguel
Le – on June 5, 1988
Est ne a – was born in Douala ?
Nom de l'enfant – Teumen Jackson Miguel
De sexe – sex boy
De – of Tchatchoua Richard
Ne a – born at Bangengle
Le – around 1951
Domicilie a – Resident of Douala
Profession – Occupation pastry cook (patissier)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the June 16, 1988
Sur la declaration de – On the declaration of (naissance n 71 du de la polyclinique Seppo Priso Douala) birth number 71 of the general private hospital of Seppo Priso Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have testified the truth of this declaration
Par nous – by us M Fanpou, David Aagobert, maire Mayor de Douala Commander ? (Commandeur ?)
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

# CERTIFICATION OF TRANSLATION

I, Kourtney Knop, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date Jan 31 06

Translator Signature

Littoral
DEPARTEMENT
DIVISION
Wouri

Paix - Travail - Patrie
REPUBLIC OF CAMEROON
Peace - Work - Fahterland

ARRONDISSEMENT
SUB DIVISION Douala IV

COPIE - COPY

CENTRE D'ETAT CIVIL
*CIVIL STATUS REGISTRATION CENTRE*

De / Of Ndobo Bonendale Douala

**ACTE DE NAISSANCE N°** 20/896
*BIRTH CERTIFICATE*

**Nom de l'Enfant** Biakop Duclo Romuald
*Name of the child*
**Le** Vingt deux juin mil neuf cent quatre vingt dix
*On the*
**Est né à** Douala
*Was born at*
**Nom de l'enfant** Biakop Duclo Romuald
*Name of the child*
**De sexe** – *Sex* Masculin
**De** – *Of* Tchatchoua Richard
**Né à** Bangangté
*Born at*
**Le** *the* Vers. 1951
**Domicilié** Douala
*Resident at*
**Profession** Patissier
*Occupation*
**Et de** Ngassam Rose
*And of*
**Né(e) à** Douala
*Born at*
**Le** – *on the* 25 Janvier 1962
**Domiciliée à** Douala
*Resident at*
**Profession** Ménagère
*Occupation*
**Dressé le** Treize Juillet mil neuf cent quatre vingt neuf
*Drawnup on the*
**Sur la déclaration de** Naissance N° 200 JK9
*In accordance with the declaration of*
du Centre Médical les Havanes de Douala

Lesquels ont certifié la sincérité de la présente déclaration.
*Who attesd to the truth of this declaration*
**Par nous** Ekane Ndedi Maurice, Officier
*By us*
Assisté de d'Etat-civil du centre de Bonendale

POUR COPIE CERTIFIEE CONFORME A L'ORIGINALE QUI NOUS A ETE PRESENTE
DOUALA, LE 23 DEC 2005

**Le Déclarant** **Signature de L'Officier d'Etat Civil**
*Signature of Civil Status Registrar*

REPUBLIQUE DU CAMEROUN TIMBRE FISCAL STAMP 1000 FRANCS A 0003051
REPUBLIQUE DU CAMEROUN A 300047

EKANE NDEDI Maurice
Officier d'Etat-Civil

**[Biakop Duclo Romuald Birth Certificate Translation]**

Province – Province ?
Republique de Cameroun Paix Travail Patrie– Republic of Cameroon Peace Work Fatherland
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – ? Douale
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Biakop Duclo Romuald
Le – on Jaune 22, 1989 (year difficult to read)
Est ne a – was born in Douala
Nom de l'enfant – Biakop Duclo Romuald
De sexe – sex boy
De – of Tchatchoua Richard
Ne a – born at Bangengle
Le – around (vers) 1951
Domicilie a – Resident of Douala
Profession – Occupation pastrycook (patissier)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the July 16, 1989
Sur la declaration de – On the declaration of (naissance n 209/89 de Centre medical ?) birth number 209/89 of the medical center ?
Lesquels ont certifie la sincerite de la presente declaration – The following persons have testified the truth of this declaration
Par nous – by us Ekane Ndedi Maurice, Registrar (officier de l'Etat-Civil) of the Special Center of ? (Centre Special de ?)
Assiste de – assisted by
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

# CERTIFICATION OF TRANSLATION

I, Kourtney Knop, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: Jan 31 06

Translator Signature