# EXHIBIT 25

REPUBLIQUE DU CAMEROUN
REPUBLIC OF CAMEROON
Paix — Travail — Patrie
Peace — Work — Fatherland

MINISTERE DES FINANCES ET DU BUDGET           MINISTERE DE LA SANTE PUBLIQUE
MINISTRY OF FINANCE AND BUDGET                MINISTRY OF PUBLIC HEALTH



**CERTIFICAT MEDICO-LEGAL**
**MEDICO-LEGAL CERTIFICATE**    N° 0715063        **RAB - 1.800 F CFA**

En application des lois et règlements en vigueur,
In application of the laws and regulations in force.

Je soussigné ——————— Dr TAKAM J M
I the undersigned          MEDECIN-GENERALISTE
                    HOPITAL LAQUINTINIE
                    DOUALA

Docteur en médecine en service à ————————————————————
Medical officer working in

Certifie        Avoir reçu et examiné physiquement
Certify        une jeune femme appelée Yannou
Robertine qui aurait été agressée ds la
nuit du 19 au 20/08/07 par un gpe de

INCAPACITE — 3 individus. La patiente déclare avoir été
INCAPACITY    forcée à faire des rapports sexuels par les
agresseurs. l'EG conservé, mais on note

En foi de quoi le présent certificat médico-légal a été délivré pour servir et valoir ce que de droit.
In witness whereof this medico-legal certificate has been issued to serve where and when necessary.
       une certaine asthenie physique —

A ——— Douala ——— le ——— 29/08/07 ———
At                    the               20

Dr TAKAM J M
MEDECIN GENERALISTE    Le Praticien
HOPITAL LAQUINTINIE    (Doctor)
DOUALA

REPUBLIC OF CAMEROON

**MINISTRY OF FIANCE AND BUDGE**

(seal of the ministry of public health)

**MINISTRY OF PUBLIC HEALTH**

**MEDICO-LEGAL CERTIFICATE**

No. 0715063

**RAB – 1.800 F CFA**

In application of the laws and regulations in force.

I the undersigned Dr. Takam JM – General Medicine – Laquintine Hospital, Douala (stamp)

Certify: (handwritten) Having received and physically examined a young woman named Yannou Robertine who had been attacked the night of August 19-20, 2007, by a group of 3 individuals.  The patient declares having been forced by the aggressors to perform sexual acts.  The EG [illegible], but we note a certain physical [illegible].

At Douala, August 29, 2007

(stamped and signed by the doctor)

**CERTIFICATION OF TRANSLATION**

I, _Michael McGhee_ , hereby certify that I am fluent in French and English and I
have translated the attached from French to English.  The attached translation is accurate
to the best of my ability.

Date: _9 / 10 / 2007_

_____
Translator Signature

REPUBLIQUE DU CAMEROUN
REPUBLIC OF CAMEROON
Paix — Travail — Patrie
Peace — Work — Fatherland

MINISTERE DES FINANCES ET DU BUDGET
MINISTRY OF FINANCE AND BUDGET

MINISTERE DE LA SANTE PUBLIQUE
MINISTRY OF PUBLIC HEALTH



**CERTIFICAT MEDICO-LEGAL**
**MEDICO-LEGAL CERTIFICATE**

N°. B715064

**RAB - 1.800 F CFA**

En application des lois et règlements en vigueur,
In application of the laws and regulations in force,

Je soussigné
I the undersigned

Dr TAKAM J M
MEDECIN GENERALISTE
HOPITAL LAQUINTINIE
DOUALA

Docteur en médecine en service à
Medical officer working in

Certifie
Certify

Avoir reçu et examiné physiquement un jeune homme appelé Biakop Duclos Romuald qui aurait été agressé à la nuit du 19 au 20/8/07 à domicile par un gpe de 3 individus.
on note quelques éraflures aux poignets et aux avant-bras.

INCAPACITE
INCAPACITY

En foi de quoi le présent certificat médico-légal a été délivré pour servir et valoir ce que de droit
In witness whereof this medico-legal certificate has been issued to serve where and when necessary.

A Douala              le 29/08/07
At                     the              20

Dr TAKAM J M
MEDECIN GENERALISTE
HOPITAL LAQUINTINIE
DOUALA

Le Praticien
(Doctor)

REPUBLIC OF CAMEROON

**MINISTRY OF FIANCE AND BUDGE**

(seal of the ministry of public health)

**MINISTRY OF PUBLIC HEALTH**

**MEDICO-LEGAL CERTIFICATE**

**No. 0715064**

**RAB – 1.800 F CFA**

In application of the laws and regulations in force.

I the undersigned Dr. Takam JM – General Medicine – Laquintine Hospital, Douala (stamp)

Certify: (handwritten) Having received and physically examined a young man named Biakop Duclo Romuald who had been attacked the night of August 19-20, 2007 at home by a group of three individuals.  We note a few scrapes on his wrists and forearms.

At Douala, August 29, 2007

(stamped and signed by the doctor)

## CERTIFICATION OF TRANSLATION

I, _Michael McGhee_, hereby certify that I am fluent in French and English and I have translated the attached from French to English.  The attached translation is accurate to the best of my ability.

Date: _9 / 10 / 2007_

_____
Translator Signature

# EXHIBIT 26

REPUBLIC OF CAMEROON

DÉPARTEMENT
DIVISION
*Wouri*

ARRONDISSEMENT
SUBDIVISION
*Douala IV*

COPIE
COPY

CENTRE D'ETAT CIVIL
CIVIL STATUS REGISTRATION CENTRE

de
of   *new - Bell - Douala*

# ACTE DE NAISSANCE

### BIRTH CERTIFICATE      No 69/85 B

Nom de l'enfant   *Kamwa   Achille   Martial*
Name of the child
Le   *Premier janvier mil neuf cent quatre vingt cinq*
On the
Est né (e) à   *Douala*
Was born at
Nom de l'enfant   *Kamwa   Achille   Martial*
Name of the Child
De sexe   *Masculin*
Sex
De   *Tchatchoua   Richard*
Of
Né à   *Bangangté*
Born at
Le   *vers   1951*
On the
Domicilié à   *Douala*
Resident at
Profession   *Pâtissier*
Occupation
Et de   *Ngassam   Rose*
And of
Née à   *Douala*
Born at
Le   *25 janvier 1962*
On the
Domiciliée à   *Douala*
Resident at
Profession   *Ménagère*
Occupation
Dressé le   *vingt deux janvier mil neuf cent quatre vingt cinq*
Drawn up on the
Sur la déclaration de   *Naissance n° 42*
In accordance with the birth declaration of
*de la Polyclinique de   Douala*

Lesquels ont certifié la sincérité de la présente déclaration
Who attested to the truth of this declaration
Par nous   *Edouard Nine, officier de l'état civil*
By us   *du centre spécial douala fait certifier...*
*... à l'Original... et Rendu par...*
Assisté de
Assisted of   *... nos soins*   *27 DEC 2005*
Le Déclarant

*Mme Soppo Foute Marlyse*
1er ADJOINT AU MAIRE DOUALA IIe

## [Kamwa Achille Martial Birth Certificate Translation]

Province – Province ?
Republique de Cameroun – Republic of Cameroon
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – of Bell –Douale
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Kamwa Achille Martial
Le – on the first of January 1985
Est ne a – was born in Douala
Nom de l'enfant – Kamwa Achille Martial
De sexe – sex boy
De – of Tchatchoua Richard
Ne a – born at Bangengle
Le – around (vers) 1951
Domicilie a – Resident of Douala
Profession – Occupation pastrycook (patissier)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the January 22, 1985
Sur la declaration de – On the declaration of (naissance n 42 de la polyclinique de
Douala) birth number 42 of the general private hospital of Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have
testified the truth of this declaration
Par nous – by us Edouard ?, Registrar (officier de l'Etat-Civil) of the Special Center of ?
(Centre Special de ?)
Assiste de – assisted by the Order of the Value (l'ordre de la valeur)
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

## CERTIFICATION OF TRANSLATION

I, _____KOURTNEY KNOP_____, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: _Jan 31 06_

_____
Translator Signature

REP... IC OF CAMEROON

DIVISION
Wouri

ARRONDISSEMENT
SUBDIVISION
Douala

COPIE
COPY

### CENTRE D'ETAT CIVIL
CIVIL STATUS REGISTRATION CENTRE

de
of   New - Bell - Douala

# ACTE DE NAISSANCE
*BIRTH CERTIFICATE*   Nº 68/85-B

Nom de l'enfant   Yannou   Robertine
*Name of the child*
Le   Premier janvier mil neuf cent quatre vingt cinq
*On the*
Est né (e) à   Douala
*Was born at*
Nom de l'enfant   Yannou   Robertine
*Name of the Child*
De sexe   Féminin
*Sex*
De   Tchatchoua   Richard
*Of*
Né à   Bangangte
*Born at*
Le   vers   1951
*On the*
Domicilié à   Douala
*Resident at*
Profession   patissier
*Occupation*
Et de   Ngassam   Rose
*And of*
Née à   Douala
*Born at*
Le   25 janvier 1962
*On the*
Domiciliée à   Douala
*Resident at*
Profession   Ménagère
*Occupation*
Dressé le vingt deux janvier mil neuf cent quatre vingt cinq
*Drawn up on the*
Sur la déclaration de   Naissance nº 41
*In accordance with the truth declaration of*
de la polyclinique de   Douala

Lesquels ont certifié la sincérité de la présente déclaration
*Who attested to the truth of this declaration*
Par nous   Edouard Mvie, officier de l'état civil
*By us*
du centre special de New-Bell, Chirurgien de
Assisté de   Mordse de Valeus
*Assisted of*   nos soins

Le Déclarant                    Signature de l'Officier de l'Etat civil
                                              21 DEC 2005

Mme Lippo Fata Marlyse
1er ADJOINT AU MAIRE DOUALA IIe

## [Yannou Robertine Birth Certificate Translation]

Arrondissement – District
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – of Bell –Douala
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Yannou Robertine
Le – on the first of January 1985
Est ne a – was born in Douala
De sexe – sex female
De – of Tchatchoua Richard
Ne a – born at Bangengle
Le – around (vers) 1951
Domicilie a – Resident of Douala
Profession – Occupation pastrycook (patissier)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the January 22, 1985
Sur la declaration de – On the declaration of (de la polyclinique de Douala) the general
private hospital of Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have
testified the truth of this declaration
Par nous – by us Edouard ?, Registrar (officier de l'Etat-Civil) of the Special Center of ?
(Centre Special de ?)
Assiste de – assisted by the Order of the Value (l'ordre de la valeur)
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

## CERTIFICATION OF TRANSLATION

I, _KOURTNEY KNOP_ , hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: Jan 31 06

_____
Translator Signature

REPUBLIQUE DU CAMEROUN
REPUBLIC OF CAMEROON
Peace – Work – Fatherland

PROVINCE

DEPARTEMENT
*DIVISION*
_Wouri_

ARRONDISSEMENT
*SUB DIVISION* 1V
_Doula_

COPIE – COPY

## CENTRE D'ETAT CIVIL
*CIVIL STATUS REGISTRATION CENTRE*

De _Ndobo Bonendale Douala_
Of

## ACTE DE NAISSANCE N° _10/90_ c
*BIRTH CERTIFICATE*

Nom de l'Enfant _Wimga Junior_
*Name of the child*
Le _un avril mil neuf cent quatre vingt dix_
*On the*
Est né à _Douala_
*Was born at*
Nom de l'enfant _Wimga Junior_
*Name of the child*
De sexe – Sex _Masculin_
De – Of _Amougou Pierre_
Né à _Binyangele Goul ma Koug_
*Born at*
Le the _1961_
Domicilié _Douala_
*Resident at*
Profession _Gendarme_
*Occupation*
Et de _Ngassam Rose_
*And of*
Né(e) à _Douala_
*Born at*
Le – on the _25 Janvier 1962_
Domiciliée à _Douala_
*Resident at*
Profession _Ménagère_
*Occupation*
Dressé le _Cinq Mai mil neuf cent quatre vingt dix_
*Drawnup on the*
Sur la déclaration de _Naissance n2 107/90_
*In accordance with the declaration of*
_du Centre médical les Savanes de Douala_

Lesquels ont certifié la sincérité de la présente déclaration
*Who attest to the truth of this declaration*
DUALA LE _23 DEC 2005_
Par nous _Ekane Ndedi Maurice, Officier de_
*By us*
Assisté de _l'Etat civil du centre de Bonendale_

Signature de L'Officier d'Etat Civil
*Signature of Civil Status Registrar*

**EKANE NDEDI Maurice**
Officier d'Etat-Civil

TSVP

... vu son père monsieur ...

Pierre, son père naturel suivant

article 44 de l'ordonnance

n° 81/002 du 29 Juin 1981

portant organisation de l'Etat

civil et diverses dispositions

relatives à l'Etat des personnes

physiques.

POUR COPIE CERTIFIEE CONFORME A L'ORIGINALE
QUI NOUS A ETE PRESENTE
DOUALA LE ---- 23 DEC. 2005

Bonendale, le 5 Mai 1990

... de l'Etat civil

EKANE NDEDI Maurice
Officier d'Etat-Civil

**[Wimga Junior Birth Certificate Translation]**

Province – Province ?
Republique de Cameroun Travail Patrie – Republic of Cameroon Work Fatherland
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – ? Bonnendale Douala
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Wimga Junior
Le – on April 6, 1990 (?)
Est ne a – was born in Douala
Nom de l'enfant – Wimga Junior
De sexe – sex boy
De – of ? Pierre
Ne a – born at ?
Le – in 1961
Domicilie a – Resident of Douala
Profession – Occupation police officer (gendarme)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the May 5, 1990
Sur la declaration de – On the declaration of (naissance n 107/90 du centre medical de H?
de Douala) birth number 107/90 of the medical center of ? of Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have
testified the truth of this declaration
Par nous – by us Ekane Ndedi Maurice
Assiste de – Registrar of the medical center de ? (officier de l'Etat-Civil du centre
medical of ?)
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

Page 2
L'enfant Wimga Junior est reconnu par Monsieur ? Pierre, son pere naturel suivant
Article 44 de l'ordonnance n 89/002 du 29 Juin 1981 portant organisations de l'Etat civil
et diverses dispositions relatives a l'etat des personnes physiques.
Bonendale, le 5 mai 1990
L'officier de l'Etat civil Ekane Ndedi Maurice

The child named Wimga Junior is recognized by Mr. ? Pierre, his natural father according to Article 44 of ordinance Number 89/002 29 June 1981 supported by Marital status organizations and various relevant provisions regarding the physical state people.

Bonendale, May 5, 1990

Ekane Ndedi Maurice, the Registrar

## CERTIFICATION OF TRANSLATION

I, _KOURTNEY KNAP_, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: January 31 06

Translator Signature

DÉPARTEMENT
DIVISION
*Worri*

by Peace - Work - Fatherland

ARRONDISSEMENT
SUB DIVISION
*Douala*

COPIE - COPY

CENTRE D'ETAT CIVIL
CIVIL STATUS REGISTRATION CENTRE

De
Of      *new - Bell - Douala*

## ACTE DE NAISSANCE N° *361187*
### BIRTH CERTIFICATE

Nom de l'Enfant *Teumen Brice Marius*
Name of the child

Le *Dix Mai mil neuf cent quatre vingt sept*
On the

Est né à *Douala - Cameroun*
Was born at

Nom de l'enfant *Teumen Brice Marius*
Name of the child

De sexe – Sex *Masculin*

De – Of *Tchatchoua Richard*

Né à *Bangangté*
Born at

Le the *vers 1951*

Domicilié *Douala*
Resident at

Profession *Patimier*
Occupation

Et de *Ngassam Rose*
And of

Né(e) à *Douala*
Born at

Le – on the *25 Janvier 1962*

Domiciliée à *Douala*
Resident at

Profession *Ménagère*
Occupation

Dressé le *27 Mai mil neuf cent quatre vingt sept*
Drawn up on the

Sur la déclaration de *naissance n° 52 de*
In accordance with the declaration of

*la polyclinique de Douala*

Lesquels ont certifié la sincérité de la présente déclaration
Who attest to the truth of this declaration

Par nous *Edouard Missi, officier d'état*
By us

Assisté de *Cout du centre* Original Present
*Chevalier de Merchil sous les signatures*

Le Déclarant                    Signature de L'Officier d'Etat Civil
                                *nature of Civil Status Registrar*

*Mme Soppo Toute Marlyse*
1er ADJOINT AU MAIRE DOUALA IIe

## [Teumen Brice Marius Birth Certificate Translation]

Province – Province ?

Republique de Cameroun Paix Travail Patrie – Republic of Cameroon Peace Work Fatherland

Departement – Department ?

Arrondissement – District ?

Copie – Copy

Centre d'Etat Civil – Center of Civil Status

De – ? Bell Douala

Acte de Naissance – Birth Certificate

Nom de l'enfant – Name of the child Teumen Brice Marius

Le – on May 10, 1987

Est ne a – was born in Douala ?

Nom de l'enfant – Teumen Brice Marius

De sexe – sex boy

De – of Tchatchoua Richard

Ne a – born at Bangengle

Le – around 1951

Domicilie a – Resident of Douala

Profession – Occupation pastry cook (patissier)

Et de – and of Ngassam Rose

Nee a – Born in Douala

Le – on January 25, 1962

Domiciliee a – Resident of Douala

Profession – Occupation Cleaner (menagerie)

Dresse le – drawn up the May 27, 1987

Sur la declaration de – On the declaration of (naissance n 52 du de la polyclinique de Douala) birth number 52 of the general private hospital of Douala

Lesquels ont certifie la sincerite de la presente declaration – The following persons have testified the truth of this declaration

Par nous – by us Edouard Musse, Registrar (officier de l'Etat-Civil)

Assiste de – assisted by the Order of the Value (civil du special ?, l'ordre de la valeur)

Le Declarant – the Declarer

Signature de l'Officier de l'Etat civil – Signature of the Registrar

## CERTIFICATION OF TRANSLATION

I, _Kaverney Knop_, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: _Jan 31 06_

_Translator Signature_

*Travail* - *Patrie*

DÉPARTEMENT _Wouri_

DIVISION

*REPUBLIC OF CAMEROON*
- *Work* - *Fatherland*

ARRONDISSEMENT

SUB DIVISION _Douala IV_

**COPIE** - *COPY*

CENTRE D'ETAT CIVIL

*CIVIL STATUS REGISTRATION CENTRE*

De _Ndobo Bonendale Douala_
Of

## ACTE DE NAISSANCE N° _09/90_

*BIRTH CERTIFICATE*

Nom de l'Enfant _Tchaptchep Pegui William_
*Name of the child*

Le _six avril mil neuf cent quatre vingt dix_
*On the*

Est né à _Douala_
*Was born at*

Nom de l'enfant _Tchaptchep Pegui William_
*Name of the child*

De sexe – Sex _Masculin_

De – Of _Amougou Pierre_

Né à _Bungangele - Coutmalone_
*Born at*

Le the _1961_

Domicilié _Douala_
*Resident at*

Profession _Gendarme_
*Occupation*

Et de _Ngasam Rose_
*And of*

Né(e) à _Douala_
*Born at*

Le – on the _28 janvier 1962_

Domiciliée à _Douala_
*Resident at*

Profession _Ménagère_
*Occupation*

Dressé le _cinq Mai mil neuf cent quatre vingt_
*Drawn up on the*

Sur la déclaration de _Naissance n° 106/90_
*In accordance with the declaration of*

_du centre medical des Havances de Douala_

Lesquels ont certifié la sincérité de la présente déclaration
*Who attest to the truth of this declaration.*

CONFORME A L'ORIGINALE
QUI NOUS A ETE PRESENTE
Par nous _Erane Ndedi Maurice - officier_
*By us*   DOUALA LE   23 DEC 2005

Assisté de _l'Etat civil du centre de_
_Bonendale_

La Déclaration   Signature de L'Officier d'Etat Civil
*The*   *Signature of Civil Status Registrar*

**ERANE NDEDI Maurice**
Officier d'Etat-Civil

Amougou Pierre, son père
naturel suivant article 44 de
l'ordonnance ne 81/002 du 29
jun 1981 portant organisation
de l'État civil et diveres
dispositions relatives à l'état des
personnes physiques.

COPIE CERTIFIEE CONFORME A L'ORIGINALE
QUI NOUS A ETE PRESENTE
DOUALA LE ____ 22 DEC 2005

Bonendale le 5 Mai 1990
L'officier d'État civil

**EKANE** NDEDI Maurice
Officier d'Etat-Civil

### [Tchaptchep Pegui William Birth Certificate Translation]

Province – Province ?
Republique de Cameroun Travail Patrie – Republic of Cameroon Work Fatherland
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – ? Douale
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Tchaptchep Pegui William
Le – on April 6, 1990
Est ne a – was born in Douala
Nom de l'enfant – Tchaptchep Pegui William
De sexe – sex boy
De – of ? Pierre
Ne a – born at ?
Le – in 1961
Domicilie a – Resident of Douala
Profession – Occupation police officer (gendarme)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the May 5, 1990
Sur la declaration de – On the declaration of (naissance n 106/90 du centre medical de H?
de Douala) birth number 106/90 of the medical center of ? of Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have
testified the truth of this declaration
Par nous – by us Ekane Ndedi Maurice, Registrar of the medical center (officier de l'Etat-
Civil du centre medical)
Assiste de –
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar


Page 2
L'enfant Fchaptchep Pegui William est reconnu par Monsieur ? Pierre, son pere naturel
suivant Article 44 de l'ordonnance n 89/002 du 29 Juin 1981 portant organisations de
l'Etat civil et diverses dispositions relatives a l'etat des personnes physiques.
Bonendale, le 5 mai 1990
L'officier de l'Etat civil Ekane Ndedi Maurice


The child named Tchaptchep Pegui William is recognized by Mr. ? Pierre, his natural
father according to Article 44 of ordinance Number 89/002 29 June 1981 supported by

Marital status organizations and various relevant provisions regarding the physical state
people.
Bonendale, May 5, 1990
Ekane Ndedi Maurice, the Registrar

## CERTIFICATION OF TRANSLATION

I, _____ , hereby certify that I am fluent in French and English and I

have translated the attached from French to English.  The attached translation is accurate

to the best of my ability.


Date: _____                              _____
                                                     Translator Signature

DÉPARTEMENT
DIVISION
*Wouri*

Peace - Work - Fatherland

ARRONDISSEMENT
SUBDIVISION

COPIE - *COPY*

CENTRE D'ETAT CIVIL
*CIVIL STATUS REGISTRATION CENTRE*

De *new - Bell - Douala*
Of

ACTE DE NAISSANCE N° *5941/88*
*BIRTH CERTIFICATE*

Nom de l'Enfant *Teumen Jackson Miguel*
*Name of the child*

Le *Cinq juin mil neuf cent quatre vingt vingt huit*
*On the*

Est né à *Douala*
*Was born at*

Nom de l'enfant *Teumen Jackson Miguel*
*Name of the child*

De sexe – *Sex* *Masculin*

De – *Of* *Tchatchoua Richard*

Né à *Bangangté* -
*Born at*

Le *the* *Vers 1951*

Domicilié *Douala*
*Resident at*

Profession *Patissier*
*Occupation*

Et de *Ngasam Rose*
*And of*

Né(e) à *Douala*
*Born at*

Le – *on the* *25 janvier 1962*

Domiciliée à *Douala*
*Resident at*

Profession *Ménagère*
*Occupation*

Dressé le *Seize juin mil neuf cent quatre vingt huit*
*Drawn up on the*

Sur la déclaration de *namname N° 71 de*
*In accordance with the declaration of*

*la Polyclinique Soppo Priso*
*Douala*

Lesquels ont certifié la sincérité de la présente déclaration.
*Who attest to the truth of this declaration*

Par nous *Tampou David Agapit Mapan*
*By us*

Assisté de *de Douala*
*New-Bell le* DEC 2005

Le Déclarant

Signature de l'Officier d'Etat Civil
*Signature of Civil Status Registrar*

*Mme Soppo Emilie Marlyse*
1er ADJOINT AU MAIRE DOUALA IIe

## [Teumen Jackson Miguel Birth Certificate Translation]

Province – Province ?
Republique de Cameroun Paix Travail Patrie – Republic of Cameroon Peace Work
Fatherland
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – New Bell Douala
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Teumen Jackson Miguel
Le – on June 5, 1988
Est ne a – was born in Douala ?
Nom de l'enfant – Teumen Jackson Miguel
De sexe – sex boy
De – of Tchatchoua Richard
Ne a – born at Bangengle
Le – around 1951
Domicilie a – Resident of Douala
Profession – Occupation pastry cook (patissier)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the June 16, 1988
Sur la declaration de – On the declaration of (naissance n 71 du de la polyclinique Seppo
Priso Douala) birth number 71 of the general private hospital of Seppo Priso Douala
Lesquels ont certifie la sincerite de la presente declaration – The following persons have
testified the truth of this declaration
Par nous – by us M Fanpou, David Aagobert, maire Mayor de Douala Commander ?
(Commandeur ?)
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

## CERTIFICATION OF TRANSLATION

I, _Kourtney Knop_, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date _Jan 31 06_

_____
Translator Signature

DEPARTEMENT
DIVISION *Wouri*

ARRONDISSEMENT
SUB DIVISION *Douala IV*

Paix - T...al - Patrie
REPUBLIC OF CAMEROON
Peace - Work - Fatherland
------------------

COPIE - *COPY*

CENTRE D'ETAT CIVIL
*CIVIL STATUS REGISTRATION CENTRE*

De *Ndobo Bonendale Douala*
Of

## ACTE DE NAISSANCE N° 20 /89⁸
*BIRTH CERTIFICATE*

Nom de l'Enfant *Biakop Duelo Romuald*
*Name of the child*
Le *vingt deux juin mil neuf cent quatre vingt*
*On the*
Est né à *Douala*
*Was born at*
Nom de l'enfant *Biakop Duelo Romuald*
*Name of the child*
De sexe – Sex *Masculin*
De – Of *Tchatchoua Richard*
Né à *Banganglé*
*Born at*
Le *the* Vers . 1951
Domicilié *Douala*
*Resident at*
Profession *Patimen*
*Occupation*
Et de *Ngassam Rose*
*And of*
Né(e) à *Douala*
*Born at*
Le – on the *25 Janvier 1962*
Domiciliée à *Douala*
*Resident at*
Profession *Menagère*
*Occupation*
Dressé le *vingt Juillet mil neuf cent quatre vingt*
*Drawn up on the*
Sur la déclaration de *Naisance n° 200 /89*
*In accordance with the declaration of*
*du centre Medical les Havanes*
*de Douala*

Lesquels ont certifié la sincérité de la présente déclaration
*Who attest to the truth of this declaration*
Par nous *Ekane Ndedi Maurice, Officier*
*By us*
Assisté de *d'Etat civil du centre* *Ele*

POUR COPIE CERTIFIÉE CONFORME A L'ORIGINALE
QUI NOUS A ETE PRESENTE
DOUALA LE - 23 DEC 2005

Signature de l'Officier d'Etat Civil
*Signée by Civil Status Registrar*

**EKANE NDEDI Maurice**
Officier d'Etat-Civil

## [Biakop Duclo Romuald Birth Certificate Translation]

Province – Province ?
Republique de Cameroun Paix Travail Patrie– Republic of Cameroon Peace Work
Fatherland
Departement – Department ?
Arrondissement – District ?
Copie – Copy
Centre d'Etat Civil – Center of Civil Status
De – ? Douale
Acte de Naissance – Birth Certificate
Nom de l'enfant – Name of the child Biakop Duclo Romuald
Le – on Jaune 22, 1989 (year difficult to read)
Est ne a – was born in Douala
Nom de l'enfant – Biakop Duclo Romuald
De sexe – sex boy
De – of Tchatchoua Richard
Ne a – born at Bangengle
Le – around (vers) 1951
Domicilie a – Resident of Douala
Profession – Occupation pastrycook (patissier)
Et de – and of Ngassam Rose
Nee a – Born in Douala
Le – on January 25, 1962
Domiciliee a – Resident of Douala
Profession – Occupation Cleaner (menagerie)
Dresse le – drawn up the July 16, 1989
Sur la declaration de – On the declaration of (naissance n 209/89 de Centre medical ?)
birth number 209/89 of the medical center ?
Lesquels ont certifie la sincerite de la presente declaration – The following persons have
testified the truth of this declaration
Par nous – by us Ekane Ndedi Maurice, Registrar (officier de l'Etat-Civil) of the Special
Center of ? (Centre Special de ?)
Assiste de – assisted by
Le Declarant – the Declarer
Signature de l'Officier de l'Etat civil – Signature of the Registrar

## CERTIFICATION OF TRANSLATION

I, _Kourtney Knor_, hereby certify that I am fluent in French and English and I have translated the attached from French to English. The attached translation is accurate to the best of my ability.

Date: _Jan 31 06_

_Translator Signature_