**SETON HALL LAW SCHOOL**
**CENTER FOR SOCIAL JUSTICE**
**Jenny-Brooke Condon, Esq.**
**Bryan Lonegan, Esq.**
**833 McCarter Highway**
**Newark, NJ  07102**
**(972) 642-8700**
**Attorneys for Plaintiff Rose Ngassam**

|  |  |
|---|---|
|  | : |
|  | : United States District Court |
| **ROSE AMOUGOU NGASSAM** | : Southern District of New York |
|  | : |
| Plaintiff, | : Case No: 07 Civ. 8172 (LLS) |
|  | : |
|  | : |
| v. | : **ACKNOWLEDGEMENT OF SERVICE** |
|  | : |
|  | : |
| **MICHAEL CHERTOFF,** | : |
| **Secretary of Department of Homeland** | : |
| **Security; EMILIO GONZALEZ,** | : |
| **Director of United States Citizenship &** | : |
| **Immigration Services, F. GERARD** | : |
| **HEINAUER, Director of the Nebraska** | : |
| **Service Center of United States** | : |
| **Citizenship & Immigration Services** | : |
|  | : |
|  | : |
| **Defendants.** | **:** |

I, Jisun Chang, hereby acknowledge service of a copy of the following pleadings filed by Plaintiff in the above captioned case:

   (1) Complaint:
          a. Verified Complaint with Verification
          b. Summons
          c. Appearance Forms
   (2) Order to Show Cause for Preliminary Injunction:
          a. Order to Show Cause for Preliminary Injunction
          b. Notice of Motion for Preliminary Injunction
          c. Memorandum of Law in Support of Order to Show Cause for Preliminary Injunction

      d. Affidavit of Jenny-Brooke Condon in Support of Order to Show Cause for Preliminary Injunction, with attached Exhibits
      e. Affidavit of Rose Amougou Ngassam in Support of Order to Show Cause for Preliminary Injunction
      f. Proposed Order
(3) Court's Sua Sponte Dismissal for Lack of Subject Matter Jurisdiction
(4) Motion to Reconsider:
      g. Notice of Motion for Reconsideration/Reargument
      h. Memorandum of Law in Support of Motion for Reconsideration/Reargument
      i. Proposed Order for Reconsideration/Reargument
(5) Order of October 9, 2007

on this 12th day of October, 2007, on behalf of my client, Defendants:

(1) Michael Chertoff, Secretary of Department of Homeland Security. in his official capacity;
(2) Emilio Gonzalez, Director of United States Citizenship and Immigration Services, in his official capacity;
(3) F. Gerard Heinauer, Director of the Nebraska United States Citizenship and Immigration Services, in hi official capacity.

Date: October 9, 2007                      _____/s/_____
                                                       Jisun Chang, Law Student Intern