UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSE AMOUGOU NGASSAM :

    Plaintiff-Appellant, :

v. :

MICHAEL CHERTOFF,
Secretary of Department of Homeland
Security; EMILIO GONZALEZ,
Director of United States Citizenship &
Immigration Services, F. GERARD
HEINAUER, Director of the Nebraska
Service Center of United States
Citizenship & Immigration Services :

    Defendant-Appellees. :

Case No. 08 Civ. 8172 (LLS)

NOTICE OF APPEAL
IN A CIVIL CASE

FEB 04 2008

---

Notice is hereby given that Plaintiff Rose Ngassam hereby appeals to the United States Court of Appeals for the Second Circuit from the September 19, 2007 Order from the District Court denying her Order to Show Cause for Preliminary Injunction and Dismissing her Complaint for lack of jurisdiction, and the District Court's January 19, 2007 denial of her Motion to Reconsider that decision.

DATED: 2/4/08

Jenny-Brooke Condon, Esq.
Center for Social Justice

Seton Hall Law School
833 McCarter Highway
Newark, NJ 07102
(973) 642-8700
condonje@shu.edu

Attorneys for Plaintiff,
Rose Ngassam