# United States District Court
# Southern District of New York

Document # _____ 25

------------------------------------------------

Rose Amougou Ngassam

-v-

Michael Chertoff et. al

------------------------------------------------

U.S.C.A. # _08 - 0584 - cv_

U.S.D.C. # _07 - cv - 8172_

U.S.D.J.:  _Louis L. Stanton_

Date: _April 8, 2008_



# <u>Notice to the Docket Clerk</u>

(___) Original Record          (_1ˢᵗ_) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A. for the
Second Circuit on the <u>8th</u> Day of <u>April</u>, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Date: April 8, 2007

USCA NO. 08 - 0584 - cv

-------------------------------------------------------------

Rose Amougou Ngassam

SDNY NO. 07 - cv - 8172

-v-

JUDGE: Louis L. Statnton

Michael Chertoff et. al.

-------------------------------------------------------------

# 1st  Supplemental Index To The Record On Appeal

PREPARED BY (NAME): Elizabeth Foster, Legal Intern
FIRM: Center for Social Justice, Seton Hall Law
ADDRESS: 833 McCarter Highway
Newark NJ 07102
PHONE NO. (973) 642 - 8700

DISTRICT COURT DOCKET ENTRIES ------------------------------------------------------------

DOCUMENTS  DESCRIPTION                                                                    DOC#

1. **Supplemental Clerk's Certificate**

2. Motion for Preliminary Injunction compelling USCIS     3
   to comply with federal regulations re. derivative asylum

3. Affidavit of Rose Ngassam in support of     4
   Preliminary Injunction

4. Affidavit of Jenny - Brooke Condon, Esq. in support     5
   of Preliminary Injunction

5. Memorandum of law in support of preliminary     6
   Injunction

6. Letter addressed to Judge Stanton from F. James     20
   Loprest dated 12/3/07

7. _____

8. _____

9. _____

10. _____

**United States District Court for
the Southern District of New York**

Date: __4/8/08__

U.S.C.A. # 08 - 0584 - cv

-------------------------------------------------------------

Rose Amougal Ngassam

U.S.D.C. # 07 - cv - 8172

-V-

D.C. JUDGE: Louis L. Stanton

Michael Chertoff et. al.

-------------------------------------------------------------

# 1st Supplemental   Clerk's   Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered __1__ Through __24__, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 8th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____

Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Date: __April 8, 2008__

USCA NO. __08 - 0584 - cv__

SDNY NO. __07 - cv - 8172__

JUDGE: __Louis L. Stanton__

Rose Amougou Ngassam

-v-

Michael Chertoff et. al.

## Extract  of  Docket  Entries

| DATE | DOCUMENTS  DESCRIPTION |
|------|------------------------|
| 10/01/07 | Motion for Preliminary Injunction compelling USCIS to comply with federal regulations re derivative asylum |
| 10/01/07 | Affidavit of Rose Ngassam in support of Preliminary Injunction |
| 10/01/07 | Affidavit of Jenny - Brooke Condon, Esq. in support of Preliminary Injunction |
| 10/01/07 | Memorandum of Law in Support of Preliminary Injunction |
| 12/06/07 | Letter addressed to Judge Stanton from F James Loprest dated 12/3/07 |

J. Michael McMahon, Clerk

By: _____
Deputy Clerk